# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES E. COHAN, | Case No. 2:17-cv-01651-JCM-NJK |
| Plaintiff(s), | |
| | ORDER |
| JOSEPH LOMBARDO, et al., | |
| Defendant(s). | |

Pending before the Court is Plaintiff's complaint. Docket No. 1-1. In order to proceed with his case, Plaintiff must either pay the filing fee or submit a proper application to proceed *in forma pauperis*. Plaintiff, however, has failed to do either. *See* Docket. The Court therefore **ORDERS** Plaintiff to either pay the filing fee or submit an application to proceed *in forma pauperis*, no later than July 24, 2017. The Court **INSTRUCTS** the Clerk's Office to mail Plaintiff a copy of this order, along with a blank application to proceed *in forma pauperis* and the corresponding instructions. Failure to comply with this order will result in a recommendation of dismissal.

IT IS SO ORDERED.

DATED: June 22, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge