# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES E. COHAN,<br><br>                 Plaintiff(s),<br><br>    v.<br><br>JOSEPH LOMBARDO, et al.,<br><br>                 Defendant(s). | Case No. 2:17-CV-1651 JCM (NJK)<br><br>ORDER |

Presently before the court is plaintiff James Cohan's motion to extend time to file an amended complaint. (ECF No. 8).

On October 3, 2017, Magistrate Judge Koppe granted plaintiff's application to proceed *in forma pauperis* and dismissed plaintiff's complaint with leave to amend. (ECF No. 5). The order gave plaintiff until November 3, 2017 to file an amended complaint. On October 17, 2017, plaintiff mailed a *pro se* filing to the court requesting an extension of time to file his amended complaint. (ECF No. 8). According to plaintiff's motion, he did not receive a copy of the October 3, 2017 order because his mailing address in the court system was outdated. *Id.* He contacted the clerk's office on October 13, 2017 regarding the status of his case and learned of the October 3, 2017, order and the November 3, 2017, deadline. *Id.* Given his self-representation, he submits that he currently does not have enough time to correct the deficiencies articulated in the October 3, 2017, order. *Id.* He requests until December 3, 2017, to file an amended complaint. *Id.*

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1  Good cause appearing,

2  IT IS HEREBY ORDERED that plaintiff's motion to extend time to file an amended

3  complaint (ECF No. 8) be, and the same hereby is, GRANTED.

4  DATED November 1, 2017.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**