UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

JAMES E. COHAN,

          Plaintiff(s),

v.

JOSEPH LOMBARDO, et al.,

          Defendant(s).

Case No. 2:17-cv-01651-JCM-NJK

ORDER

(Docket No. 11)

       Pending before the Court is Plaintiff's motion for a court order. Docket No. 11. Plaintiff asks the Court to order the Las Vegas Metropolitan Police Department's ("LVMPD") "identification office" to provide Plaintiff with the name of an individual who allegedly entered Plaintiff's name and information regarding his conviction for sexual assault on LVMPD's website. *Id.*

       On October 3, 2017, the Court granted Plaintiff's request to proceed *in forma pauperis* and dismissed his complaint with leave to amend. Docket No. 5 at 5. The Court instructed Plaintiff that the amended complaint would have to address the noted deficiencies in his original complaint, including whether this Court has jurisdiction over any claim he intends to bring against Defendants. *Id* at 4. To date, Plaintiff has not filed an amended complaint addressing this Court's jurisdiction.

//

//

//

//

1 | Therefore, the Court **DENIES** Plaintiff's motion for a court order.  Docket No. 11.
2 | IT IS SO ORDERED.
3 | Dated: December 4, 2017

                                                                NANCY J. KOPPE
                                                                United States Magistrate Judge