UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JAMES E. COHAN, | Case No. 2:17-CV-1651 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| JOSEPH LOMBARDO, et al., | |
| Defendant(s). | |

Presently before the court is plaintiff James Cohan's second motion to extend time to file an amended complaint. (ECF No. 10).

On October 3, 2017, Magistrate Judge Koppe granted plaintiff's application to proceed *in forma pauperis* and dismissed plaintiff's complaint with leave to amend. (ECF No. 5). The order gave plaintiff until November 3, 2017 to file an amended complaint. On October 17, 2017, plaintiff mailed a *pro se* filing to the court requesting an extension of time to file his amended complaint. (ECF No. 8). The court granted plaintiff's motion. (ECF No. 9).

On December 1, 2017, plaintiff mailed a second *pro se* filing to the court requesting an extension of time to file his amended complaint. (ECF No. 10). According to plaintiff's motion, he has attempted to diligently pursue amending his complaint but has run into trouble gathering evidence. *Id.* Given his self-representation, he submits that he currently does not have enough time to correct the deficiencies articulated in the October 3, 2017, order. *Id.* He requests until February 1, 2018, to file an amended complaint. *Id.*

Good cause appearing,

IT IS HEREBY ORDERED that plaintiff's motion to extend time to file an amended complaint (ECF No. 10) be, and the same hereby is, GRANTED.

**James C. Mahan**
**U.S. District Judge**

The court will not grant plaintiff any further extensions to file his amended complaint (absent extenuating circumstances).

DATED December 13, 2017.

_____
UNITED STATES DISTRICT JUDGE