# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES E. COHAN, | Case No. 2:17-cv-01651-JCM-NJK |
| Plaintiff(s), | ORDER |
| v. | (Docket No. 17) |
| JOSEPH LOMBARDO, et al., | |
| Defendant(s). | |

Before the Court is a notice from the Clerk's Office that mail sent to Plaintiff has been returned as undeliverable. Docket No. 17. Local Rule IA 3-1 requires that a *pro se* party "must immediately file with the court written notification of any change of mailing address...." Plaintiff is hereby **ORDERED** to file a written notice of change of address by May 7, 2018.

IT IS SO ORDERED.

DATED: April 23, 2018

  _____
  NANCY J. KOPPE
  United States Magistrate Judge