UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| JAMES E. COHAN,<br><br>　　　　　　　　Plaintiff(s),<br><br>v.<br><br>JOSEPH LOMBARDO, et al.,<br><br>　　　　　　　　Defendant(s). | Case No. 2:17-cv-01651-JCM-NJK<br><br>ORDER<br><br>(Docket No. 19) |

Pending before the Court is Plaintiff's motion to extend time to file his second amended complaint. Docket No. 19. On April 6, 2018, the Court dismissed Plaintiff's amended complaint with leave to amend. Docket No. 16. The Court allowed Plaintiff to file a second amended complaint, no later than May 7, 2018. *Id.* In the instant motion, Plaintiff submits that, although he "has made quite a bit of progress complying with the order of the court," he is still conducting research and is "trying to locate an attorney to assist him in trying to stay the [sexual assault] registration until the end of this case...." Docket No. 19 at 1-2. Plaintiff asks the Court to extend the deadline to file his second amended complaint by 30 days.

//

//

//

//

//

For good cause shown, the Court **GRANTS** Plaintiff's motion to extend time to file his second amended complaint. Docket No. 19. Plaintiff will have until June 8, 2018 to file a second amended complaint. To the extent Plaintiff requests any further relief in his motion, such relief in **DENIED**.

IT IS SO ORDERED.

Dated: May 8, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge