UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES E. COHAN, | Case No. 2:17-CV-1651 JCM (NJK) |
| Plaintiff(s), | ORDER |
| v. | |
| JOSEPH LOMBARDO, et al., | |
| Defendant(s). | |

Presently before the court is the matter of *Cohan v. Lombardo, et al.*, case number 2:17-cv-01651-JCM-NJK. After this case was closed on July 20, 2019, (ECF No. 30), *pro se* plaintiff James E Cohan ("plaintiff") filed two motions (ECF Nos. 31; 32).

The first motion requests the court send plaintiff "all documents filed in this court." (ECF No. 31 at 2). The second is a "motion to be tried in the U.S. District Court as a non-compliant sex offender." (ECF No. 32).

Neither motion is supported by a memorandum of points and authorities, citation to legal authority, or any cogent legal argument. Local Rule 7-2(d) provides that "[t]he failure of a moving party to file points and authorities in support of the motion constitutes a consent to the denial of the motion."

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's motion for the release of documents (ECF No. 31) be, and the same hereby is, DENIED.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

IT IS FURTHER ORDERED that plaintiff's motion to be tried in the U.S. District Court as a non-compliant sex offender (ECF No. 32) be, and the same hereby is, DENIED.

DATED March 26, 2020.

_____
UNITED STATES DISTRICT JUDGE